IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ACKER et al | : |
| *Plaintiff(s)* | : |
| v. | : CIVIL NO. 24-2468 |
| UNIVERSITY OF THE ARTS | : |
| *Defendant(s)* | : |

**NOTICE RESCHEDULING HEARING**

    The **INITIAL PRETRIAL CONFERENCE** pursuant to Fed. R. Civ. P. 16 previously scheduled for **JULY 22, 2025, at 11:30 a.m. has been RESCHEDULED to JULY 28, 2025, at 10:30 a.m.** before the **Honorable Kai N. Scott** in Chambers, Room 13613, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**Parties are reminded to comply with the directives outlined in the original notice.**


                                          *s/Tayai Lester*
                                          **TAYAI LESTER**
                                          Judicial Assistant, to the
                                          Honorable Kai N. Scott
                                          United States District Court Judge

**Date of Notice: July 7, 2025**
**Copies sent via ECF notification**

**Date of Notice: July 7, 2025**
**Copies sent via ECF notification**